■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONSO MOLINA, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Byrne, J.), imposed May 30, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Harwood, Rosenblatt, Miller and O'Brien, JJ., concur.